# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 20, 2013

Lyle W. Cayce
Clerk

No. 12-41060
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANCISCO CAVAZOS-SALAZAR,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-646-1

Before REAVLEY, JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Having appealed his conviction and sentence for illegal reentry following deportation, Francisco Cavazos-Salazar now moves this court for summary disposition. He correctly concedes that the argument he raises is foreclosed by *United States v. Rodriguez-Escareno*, 700 F.3d 751, 753-54 (5th Cir. 2012), *petition for cert. filed*, (Mar. 27, 2013) (No. 12-9483), which held that a federal conviction for conspiracy to commit a federal drug trafficking offense will support a sentence enhancement under United States Sentencing Guidelines

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2L1.2(b)(1)(A)(i).  He raises the issue to preserve it for further review by the Supreme Court.  The motion for summary affirmance is GRANTED and the judgment of the district court is AFFIRMED.